ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| OBD Insaat Taahhut Turizm | ) ASBCA No. 61169 |
| | ) |
| Under Contract No. W912ER-14-C-0026 | ) |

APPEARANCE FOR THE APPELLANT:     David F. Dowd, Esq.
                                                                   Mayer Brown LLP
                                                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas J. Warren, Esq.
                                                                           Acting Engineer Chief Trial Attorney
                                                                       Pietro O. Mistretta, Esq.
                                                                       Regina L. Schowalter, Esq.
                                                                           Engineer Trial Attorneys
                                                                           U.S. Army Engineer District, Middle East
                                                                           Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61169, Appeal of OBD Insaat Taahhut Turizm, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals